**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA ISABEL SANJUR; MARIA ISABEL SANJUR, Jr., <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-71133 <br><br> Agency Nos. A029-494-298 <br> A029-494-301 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 16, 2010[**]

Before:    PREGERSON, LEAVY, and RAWLINSON, Circuit Judges.

Maria Isabel Sanjur and her daughter, Maria Isabel Sanjur, natives and

citizens of Panama, petition for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reopen.  We have jurisdiction under 8

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NHY/Research

U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen and review de novo due process claims due to ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Petitioners' motion to reopen where Petitioners lacked "plausible grounds for relief."  *See Rojas-Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir. 2003).

Petitioners' remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**